**UNITED STATES of America,**
**Appellee,**

v.

**Larry D. SADDLER, Appellant.**

No. 09–1368.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 10, 2009.

Filed: Nov. 12, 2009.

Ann M. Koszuth, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

David P. Rush, Asst. U.S. Atty., Springfield, MO, for appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

sota.

## PER CURIAM.

Larry Saddler appeals following the district court's [1] order revoking his supervised release and imposing a revocation sentence of 24 months in prison. Upon careful review, we conclude the district court did not abuse its discretion in revoking supervised release, *see United States v. Edwards,* 400 F.3d 591, 592 (8th Cir.2005) (per curiam); and we also conclude the revocation sentence is not unreasonable, *see* 18 U.S.C. § 3583(e)(3); *U.S.S.G.* § *7B1.4, comment. (n. 4); United States v.*

*Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (standard of review); *United States v. Thunder,* 553 F.3d 605, 608–09 (8th Cir.2009) (affirming sentence exceeding advisory Guidelines revocation range).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

**1.** The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.